# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.05-cv-131-MK-PAC

MARLA COHEN,

    Plaintiff,

v.

SUN MICROSYSTEMS, INC., a Delaware corporation,

    Defendant.

---

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

Plaintiff Marla Cohen, by and through her undersigned counsel, submits this Stipulated Motion to Dismiss with Prejudice. In support of such Motion, Plaintiff states as follows:

1. Prior to service of the summons and complaint upon the Defendant in this action, the parties engaged in settlement negotiations.

2. As a result of such negotiations, the parties have agreed to settle all of the claims set forth in the Complaint pursuant to a settlement agreement executed by the parties. As per such agreement, the parties have stipulated to the dismissal of this action with prejudice, both sides to pay their own costs and attorney fees.

WHEREFORE, Plaintiff requests that the Complaint be dismissed with prejudice, each party to pay its own costs and attorney fees.

Respectfully submitted this 19th day of July, 2005.

LAW OFFICE OF DAN GROSSMAN, LLC

By: /s/ Daniel Grossman
      Daniel Grossman, Esq.
1129 Pennsylvania Street, Third Floor
Denver, Colorado 80203
Phone:  (303) 887-8206
Fax:  (303) 583-8829
e-mail:  dan@dangrossmanlaw.com

**CERTIFICATE OF MAILING**

  I hereby certify that on this 19th day of July, 2005, a true and correct copy of the foregoing Stipulated Motion to Dismiss Complaint with Prejudice was placed in the U.S. Mail, postage prepaid, and addressed to the following:

Paul Briones, Esq.
4120 Network Circle
Mailstop UMPK 12-202
Santa Clara, California 95054

            s/Daniel Grossman